Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00522-CV

Dionisio G. **TORRES**,
Appellant

v.

Leticia **HAYNES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVF001094-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  October 10, 2012

DISMISSED

A copy of appellant's notice of appeal was filed in this court on August 15, 2012.  The clerk of this court notified the appellant in writing that our records did not reflect that the filing fee in the amount of $175.00 was paid.  In addition, our record does not contain any evidence that appellant is excused by statute or rule from paying the filing fee.  *See* TEX. R. APP. P. 5, 20.

On September 11, 2012, we issued a show cause order directing appellant to show cause in writing within fifteen days of the date of our order why this appeal should not be dismissed for

failure to pay the filing fee.  *See* TEX. R. APP. P. 5, 42.3(c).  Appellant has not responded to our order.  Because appellant has failed to pay the filing fee required to pursue this appeal, the appeal is dismissed.  *See* TEX. R. APP. P. 5, 42.3(c).

PER CURIAM